UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN MALONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-3527 (UNA) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application and for the following reasons, will dismiss the complaint without prejudice.

It appears that plaintiff intends to challenge a final order of the District of Columbia Office of Administrative Hearings ("OAH") regarding a decision made by the District's Department of Human Services about benefits plaintiff had been receiving through the Supplemental Nutritional Assistance Program. *See* Compl., ECF No. 1-1 at 1; *see id.*, ECF No. 1-1 at 17-18. The appeal of an OAH decision is not properly before this Court. Rather, "[j]udicial review of all orders of the Office [of Administrative Hearings] in contested cases shall be in the District of Columbia Court of Appeals in accordance with the procedures and rules of that court." D.C. Code § 2-1831.16(e); *see id.* § 2-1831.16(c) ("[A]ny person suffering a legal wrong or adversely affected or aggrieved by any order of the Office in any adjudicated case may obtain judicial review of that order."); *see also Brooks v. District of Columbia*, 375 F. Supp. 3d 41, 49 (D.D.C. 2019) (noting that D.C. Code § 2-1813.03 "enumerates the types of cases over which the OAH has jurisdiction, including cases arising under the jurisdiction of the Department of Human Services, D.C. Code § 2-

1

1831.03(a)(2)"), *aff'd sub nom*. *Patten v. District of Columbia*, 9 F.4th 921 (D.C. Cir. 2021), *cert. denied*, 142 S. Ct. 1129 (2022).

      A party seeking relief in the district court must at least plead facts that bring the suit within the Court's jurisdiction. *See* Fed. R. Civ. P. 8(a). This plaintiff has not done so and, therefore, the Court will dismiss the complaint without prejudice for lack of subject matter jurisdiction. An Order is issued separately.

DATE: December 5, 2022                                                           /s/
                                                                                            AMY BERMAN JACKSON
                                                                                           United States District Judge